# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| FREDA J. BLANCHARD, | Case No. 16-30524 |
| Debtor. | |

## ORDER

This matter comes before the Court on the debtor's Motion for Approval of a Reaffirmation Agreement made between debtor and AmeriCredit Financial Services, Inc. dba GM Financial for a 2015 Chevrolet Malibu (doc. #27). IT IS ORDERED that the Motion is GRANTED and the reaffirmation agreement is approved.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: June 10, 2016

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE-11